

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00466-CR

Allison **LOZANO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9365W
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The court reporter has filed a notification of late record requesting an extension of time to file the reporter's record to January 12, 2017. The extension is GRANTED. The reporter's record is due on January 12, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court